UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDREW TORO, on behalf of himself
and all others similarly situated,

                         Plaintiff,

        -against-

FIVE ELEMENTS INC.,

                         Defendant.
-----------------------------------------------------------------X

22-CV-7351 (PAE) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

     As discussed in the case management conference on November 29, 2022, the deadline for Plaintiff to move for default judgment is **December 30, 2022**. Plaintiff shall file an affidavit of service of the default judgment motion with the Court. If Plaintiff is able to contact the Defendant prior to December 30, 2022 and Defendant indicates a willingness to defend this action, Plaintiff shall file a letter with the Court so stating and requesting a case management conference.

     SO ORDERED.

DATED:    New York, New York
              November 29, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge